**Dismiss and Opinion Filed April 10, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00429-CV

## IN RE THE REYNOLDS AND REYNOLDS COMPANY AND RICHARD RAUCH, Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-06553-2019**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

Before the Court is relators' April 9, 2020 motion to dismiss this original proceeding without prejudice. In their motion, relators explain that respondent's subsequent order vacating the order at issue in this proceeding has rendered moot their petition for writ of mandamus and emergency motion for a stay. Accordingly, we grant the motion and dismiss this original proceeding without prejudice.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

200429f.p05